

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Alcantar Enterprises, LLC d/b/a Alcantar Apartments, | § | No. 08-14-00165-CV |
| | § | Appeal from the |
| Appellant, | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| Carlos Gallegos and Luz Maria Rivas, Individually and as Next Friends of Jennifer Gallegos and Ashley Gallegos, Minors, | § | (TC# 2011-DCV05300) |
| | § | |
| Appellees. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellees' third motion for extension of time within which to file the brief until **February 24, 2015.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEES' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John P. Mobbs, the Appellees' attorney, prepare the Appellees' brief and forward the same to this Court on or before February 24, 2015.

IT IS SO ORDERED this 26th day of January, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.